814

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH FREY, Appellant, against NEW YORK STATE PAROLE BOARD et al., Respondents.— Motion to appeal on original papers and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ JOHN E. JAZAK, Appellant, v. ROBERT H. GINSBERG, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ In the Matter of the APPOINTMENT OF A MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR FOR THE EIGHTH JUDICIAL DISTRICT.— J. Russell Rogerson Esq. of Jamestown, New York, appointed a member in the place of Marion H. Fisher, Esq., resigned.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAMIE RICHARDSON, Also Known as MAMIE ADAMS, Appellant.— Motion granted and appeal dismissed.

(March 20, 1957)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD GEORGE HEUSINGER, Appellant.— Order reversed and matter remitted to the Genesee County Court for a hearing. Memorandum: Petitioner alleges, among other things, that he was not advised of his right to counsel nor did he ask that counsel be assigned to him. He charges that counsel was in some manner and without his knowledge or consent assigned before he was produced in court and while he was confined in jail awaiting arraignment and that he was given no opportunity to procure counsel of his own choice. He charges further that section 480 of the Code of Criminal Procedure was not complied with at the time of sentence. The court records in evidence do not conclusively refute the averments of the petitioner. In that situation he was entitled to a hearing. (See *People* v. *Richetti,* 302 N. Y. 290.) All concur. (Appeal from an order of Genesee County Court denying defendant's motion for a hearing and for an order setting aside a judgment convicting him of burglary, third degree.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHINES KENNEDY, Appellant.— Order affirmed. All concur. (Appeal from order of Erie County Court denying defendant's motion for a writ of error *coram nobis* to vacate and set aside his conviction and sentence for the crime of grand larceny, second degree.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ MARGUERITE M. COOGAN, as Administratrix of the Estate of NEIL W. MARRIAM, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 32000.) — Judgment affirmed, with costs. All concur. (Appeal from a judgment of the Court of Claims in favor of claimant on a claim for damages for the death by drowning of plaintiff's intestate alleged to have resulted by reason of negligence in maintenance of State park.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE RANSOM, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment of Erie Trial Term convicting defendant of the crime of robbery, second degree.) Present — McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ.